UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALVERNEST KENNEDY,

Plaintiff,

v. Case No. 25-CV-1427

OFFICER FARROW et al.,

Defendants.

---

**ORDER**

---

Plaintiff Alvernest Kennedy is currently incarcerated at Racine Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. The discovery deadline is November 20, 2026, and the dispositive motion deadline is December 21, 2026. This matter comes before the Court on Plaintiff's "motion to compel and extension of time for interrogatories and request for production of documents filed and answered by Defendants pass discovery deadline time." (ECF No. 30.) Although Plaintiff's motion is captioned as a motion for an extension of time, he does not ask for an extension of time. Instead, he requests that the Court compel Defendants to produce discovery. The Court will deny Plaintiff's motion because Plaintiff failed to follow the Federal Rules of Civil Procedure and the Civil Local Rules for this district.

Although Federal Rule of Civil Procedure 37 permits the Court to compel discovery, the party seeking such discovery must complete certain steps before Court intervention is appropriate. If a party serves discovery on an opposing party and the opposing party fails to timely or sufficiently respond, the requesting party must then consult with the opposing party and attempt to resolve the dispute. Civil L.R. 37 (E.D. Wis.). If the requesting party is still unable to obtain

discovery, he may file a motion to compel discovery with the Court. The movant must include in his motion to compel a written certification that states that he conferred or attempted to confer in good faith with the opposing party in an effort to obtain the discovery without Court action but that the parties were unable to resolve their differences. *See* Civil L.R. 37. The certification must include the date the movant conferred or attempted to confer with the opposing party as well as the names of the individuals the movant contacted in an attempt to reach resolution.

Plaintiff's motion does not include the required certification, suggesting that he asked the Court to get involved before attempting to informally resolve his dispute with Defendants' counsel. Accordingly, the Court will deny the motion to compel to allow Plaintiff and Defendants' counsel the opportunity to resolve this issue without the Court's involvement.

**IT IS THEREFORE ORDERED** that Plaintiff's "motion to compel and extension of time for interrogatories and request for production of documents filed and answered by Defendants pass discovery deadline time" (Dkt. No. 30) is **DENIED without prejudice**.

Dated at Green Bay, Wisconsin on September 29, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge