UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALVERNEST KENNEDY,

Plaintiff,

v. Case No. 25-CV-1427

OFFICER FARROW et al.,

Defendants.

---

**ORDER**

---

Plaintiff Alvernest Kennedy is currently incarcerated at Racine Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. He is proceeding on a First Amendment retaliation claim against Defendants CO Weildon, CO Wren, and CO Farrow based on allegations that these defendants wrote fabricated "trumped up" conduct reports against Plaintiff after he filed inmate complaints and stated he would inform his attorney and the federal courts about the conditions of his confinement. Plaintiff is also proceeding on a failure to intervene claim against Defendants Captain Zuehlsdorft, Lt. Adams, Lt. Crump, and John and Jane Doe based on his allegation that they had personal knowledge of the retaliatory action being carried out against Plaintiff as a result of Plaintiff using the inmate complaint system. (ECF No. 10.) The discovery deadline is November 20, 2026, and the dispositive motion deadline is December 21, 2026. This matter comes before the Court on Plaintiff's motion to "move for an objection." In his motion, Plaintiff requests that the Court compel Defendants to respond to discovery and extend the discovery and dispositive motion deadlines by 90 days.

This is Plaintiff's second motion to compel filed in less than two weeks. Plaintiff's motion again fails to comply with Civil Local Rule 37 because it does not contain a certification that he conferred or attempted to confer in good faith with Defendants' counsel in an effort to obtain the discovery without court action but that the parties were unable to resolve their differences. *See* Civil L.R. 37. Accordingly, Plaintiff's motion to compel is denied.

Plaintiff also requests that the Court extend the discovery and dispositive motion deadlines by 90 days. Plaintiff fails to provide good cause for an extension of case deadlines. The facts giving rise to Plaintiff's claims are straightforward and uncomplicated. Extensive discovery is not needed, and Plaintiff does not explain what specific, additional discovery he seeks or why he was unable to get it until now. The parties have had ample time to participate in discovery. Plaintiff presents no basis for extending the discovery and dispositive motion deadlines. It is time to move this case toward resolution. Accordingly, Plaintiff's motion for an extension of time is denied.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to move for an objection (ECF No. 32), which the Court construes as a motion to compel and for an extension of time, is **DENIED without prejudice**.

Dated at Green Bay, Wisconsin on October 7, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge